# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PORSHA ROUGAS,

    Petitioner,

v.                                              Case No. 3:13cv151/MCR/EMT

FLA. DEP'T OF CORR.,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 3, 2013. (Doc. 8). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 6th day of August, 2013.

                                                                     *s/ M. Casey Rodgers*
                                                                     **M. CASEY RODGERS**
                                                                     **CHIEF UNITED STATES DISTRICT JUDGE**